**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

-------------------------------------------------------------  X

IN RE YASMIN AND YAZ (DROSPIRENONE)  :  3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND       :  MDL No. 2100
RELEVANT PRODUCTS LIABILITY          :
LITIGATION                           :
                                     :  Judge David R. Herndon
-------------------------------------------------------------  :
**This Document Relates to:**        **ORDER**

**Leta Gardner v. Bayer Corp. et al. No. 3:10-cv-10034-DRH-PMF**

**Leslee Delk v. Bayer Corp. et al. No. 3:09-cv-10136-DRH-PMF**

**Melani Holliday v. Bayer Corp. et al. No. 3:10-cv-10139-DRH-PMF**

**Megan Stewart v. Bayer Corp. et al. No. 3:10-cv-20390-DRH-PMF**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

Plaintiffs in the above captioned matters have filed motions to vacate the order of dismissal entered on September 21, 2010 (*Gardner*, Doc. 22; *Delk* Doc. 33; *Holiday* Doc. 21; *Stewart* Doc. 17 ) for failure to comply with the Plaintiff Fact Sheet Requirements found in Case Management Order Number 12. Plaintiffs state that they are in compliance with the relevant Plaintiff Fact Sheet

Requirements.[1]  Bayer is not opposed to Plaintiffs' motions (*Gardner*, Doc. 23;

*Delk* Doc. 34; *Holiday* Doc. 22; *Stewart* Doc. 18).  Accordingly, the Court hereby

**VACATES** the Order dismissing without prejudice the above captioned actions

and thereby **REINSTATES** the above captioned cases.

**SO ORDERED:**

David R. Herndon
2011.01.10
17:45:19 -06'00'

**Chief Judge**                                    **Date: January 10, 2011**
**United States District**

---

[1] Plaintiff Stewart notes that the Court's docket stated that Plaintiff had until
January 11, 2011 to respond to the Bayer Defendant's motion to dismiss.
Pursuant to CMO 12, however, the deadline was 14 days from the filing of the
motion to dismiss (14 days from December 8, 2010).  The Court has previously
noted in orders in this MDL and during a status conference in this MDL that
when deadlines provided by CM/ECF conflict with orders of this Court, the Court
ordered deadline will always control.  The deadlines provided by CM/ECF are
generated automatically based on the generic responsive pleading times allowed
under the rules and do not consider special circumstances (such as court orders
specific to a particular case or issue).  Accordingly, the "filer is responsible for
calculating the response time under the federal and/or local rules. The date
generated by CM/ECF is a guideline only, and, if the Court has ordered the
response to be filed on a date certain, the Court's order governs the response
deadline."  **United States District Court for the Southern District of Illinois,
Electronic Filing Rules, Rule 3**.
.